IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

      Plaintiff,                                   Criminal No. 11-00158
                                                    ELECTRONICALLY FILED

   v.

DAVID WOOLEY,

      Defendant.

## Order of Court

And now, this 7th day of August, 2012, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's (*Pro Se*) Motion Entitled "Notice of Appeal of Magistrate Decision by David Wooley as to Order of Detention" (doc. no. 326) is DENIED. Counsel for Defendant is responsible for mailing a copy of said Memorandum Opinion and Order to Defendant at his place of his incarceration due to illegibility of envelope addressed by Defendant.

                                                                             s/Arthur J. Schwab
                                                                             Arthur J. Schwab
                                                                             United States District Judge

cc: All Registered ECF Counsel and Parties